UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

BRADLEY DAVID   HAIN
STEPHANIE ANNE   HAIN

                                                    : Bankruptcy No. 17-17474REF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                           BY THE COURT

**Date: June 14, 2018**

                                                           _____
                                                           Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

BRADLEY DAVID   HAIN
STEPHANIE ANNE   HAIN
28 WINDING BROOK DRIVE
SINKING SPRING,PA.19608