United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bradley David Hain
Stephanie Anne Hain
    Debtors

Case No. 17-17474-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 2    Date Rcvd: Jun 14, 2018
                      Form ID: pdf900    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
```
db         +Bradley David Hain,    28 Winding Brook Drive,    Sinking Spring, PA 19608-9618
jdb        +Stephanie Anne Hain,    500 Washington Street,    Easton, PA 18042-4434
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr          American Express Centurion Bank.,    c/o Beckett and Lee LLP,    Po Box 3001,
             Malvern, PA  19355-0701
cr          Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
             Eagan, MN  55121-7700
14014593    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
14065965    Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
14039155    CACH, LLC its successors and assigns as assignee,    of First National Bank Omaha,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14028605   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
             Addison, Texas 75001-9013
14031911   +Toyota Lease Trust,    KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
             Philadelphia, PA 19106-1541
14040074   +Wells Fargo Bank, N.A.,    Manley Deas Kochalski LLC,    P.O. Box 165028,
             Columbus, OH 43216-5028
14013954   +Wells Fargo Bank, N.A.,    asbm to Wachovia Bank, N.A.,    Manley Deas Kochalski LLC,
             P.O. Box 165028,    Columbus, OH 43216-5028
14032184    Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
             Des Moines, IA 50306-0438
14026835    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
             Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2018 01:57:54
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2018 01:58:08      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14024074     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2018 02:00:02
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
```
                                                                                                                                                        TOTAL: 3

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Joint Debtor Stephanie Anne Hain amburke7@yahoo.com
```

```
District/off: 0313-4          User: Lisa                    Page 2 of 2                  Date Rcvd: Jun 14, 2018
                              Form ID: pdf900               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MICHAEL D. HESS    on behalf of Debtor Bradley David Hain amburke7@yahoo.com
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                              TOTAL: 8

Case 17-17474-ref    Doc 52    Filed 06/16/18    Entered 06/17/18 00:53:45    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

BRADLEY DAVID   HAIN
STEPHANIE ANNE   HAIN
                                                    : Bankruptcy No. 17-17474REF
          Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: June 14, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

BRADLEY DAVID   HAIN
STEPHANIE ANNE   HAIN
28 WINDING BROOK DRIVE
SINKING SPRING,PA.19608