**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Bradley David Hain**  : **CASE NO: 17-17474-ref**
**Stephanie Anne Hain**  :
:  **CHAPTER 13**
:
**DEBTORS**  :

## ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $2,447.00 plus $45.64 for expense reimbursement.

**Date: July 6, 2018**

_____
J.