United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-17474-ref
Bradley David Hain                                                              Chapter 13
Stephanie Anne Hain
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Lisa              Page 1 of 1            Date Rcvd: Jul 06, 2018
                               Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db            +Bradley David Hain,    28 Winding Brook Drive,    Sinking Spring, PA 19608-9618
jdb           +Stephanie Anne Hain,    500 Washington Street,    Easton, PA 18042-4434
cr             American Express Centurion Bank.,    c/o Beckett and Lee LLP,    Po Box 3001,
                Malvern, PA  19355-0701
cr             Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                Eagan, MN  55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
                ecf_frpa@trustee13.com
              FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              KARINA VELTER   on behalf of Creditor   Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD   on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MICHAEL D. HESS   on behalf of Debtor Bradley David Hain amburke7@yahoo.com
              MICHAEL D. HESS   on behalf of Joint Debtor Stephanie Anne Hain amburke7@yahoo.com
              ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
                RRamos-Cardona@fredreiglech13.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Bradley David Hain**          :   CASE NO:  17-17474-ref
**Stephanie Anne Hain**         :
                                :    CHAPTER 13
                                :
**DEBTORS**                     :

## O R D E R

  AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke &

Hess, attorney for the above-captioned Debtors, and after Notice having been given to the Trustee,

the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is

hereby:

  ORDERED, that the application for fees is approved in the amount of $2,447.00 plus $45.64

for expense reimbursement.

**Date: July 6, 2018**

_____
J.